Dismissed and Memorandum Opinion filed May 27, 2004









Dismissed and Memorandum Opinion filed May 27, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00447-CR

NO.
14-04-00448-CR

NO. 14-04-00449-CR

NO. 14-04-00450-CR

____________

 

JOHHNY L.
TWYMAN, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
337thth District Court

Harris County,
Texas

Trial Court Cause Nos. 820,994;
824,381; 828,148; and 828,149  

 



 

M E M O R A N D U M   O P I N I O N








After pleas of guilty in cause numbers 820,994 (possession of
cocaine weighing more than one but less than four grams), 824,381 (possession
of cocaine weighing more than one but less than four grams), and 828,148
(delivery of cocaine weighing more than one but less than four grams),
appellant was convicted of the offenses and sentenced to six years= imprisonment  on November 17, 1999.  As part of a plea bargain, the charge in
cause number 828,14900450-CR was dismissed. 
No motions for new trial were filed. 
Appellant=s notice of appeal in all four cases was not filed until
April 14, 2004.

A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.

Accordingly, the appeals are ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 27, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App. P. 47.2(b).